**FILED**

JAN 1 5 2010

.,'CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  08-0360 (RMU) |
| | : | |
| PAUL A. SLOUGH *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

It is this 15th day of January, 2010, hereby

**ORDERED** that Clerk of the Court shall promptly unseal and post to the public docket the sealed Memorandum Order, dated July 22, 2009, and the sealed Memorandum Opinion, dated September 8, 2009.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge