Notice of Appeal Criminal

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Criminal No. 08-CR-360 (RMU) |
| PAUL ALVIN SLOUGH, ) | |
| NICHOLAS ABRAM SLATTEN, ) | |
| EVAN SHAWN LIBERTY, ) | |
| DUSTIN LAURENT HEARD, ) | |
| DONALD WAYNE BALL ) | |
| _____ ) | |

## NOTICE OF APPEAL

Name and address of appellant        United States of America

Name and address of appellant's attorney        Joseph N. Kaster
United States Department of Justice
National Security Division
Room 2649
10th & Pennsylvania, Ave., NW
Washington, DC 20530

Offense:    18 U.S.C. §§1112, 1113, 3267(1), 924(c)

Concise statement of judgment or order, giving date, and any sentence

By an Order and Memorandum Opinion dated December 31, 2009, the district court dismissed the indictment.

Name and institution where appellee is now confined, if not on bail: Appellees are not confined.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

January 29, 2010                                                         United States of America
DATE                                                                            APPELLANT

                                                                                    /s/
                                                                                    Joseph N. Kaster
                                                                                    joseph.kaster@usdoj.gov
CJA, NO FEE ____No_____             ATTORNEY FOR APPELLANT
PAID USDC FEE _gov't appeal_
PAID USCA FEE _gov't appeal_
Does counsel wish to appear on appeal? Yes

```
Notice of Appeal Criminal                                              CO-290
                                                                       Rev. 3/88
```

Has counsel ordered transcripts?  Already prepared
Is this appeal pursuant to the 1984 Sentencing Reform Act?  No

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing Notice of Appeal to be served on counsel for all the defendants via ECF, this 29th day of January, 2010.

_____/s/_____
Joseph N. Kaster